COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     The State of Texas v. Juan Negrete

Appellate case number:   01-19-00357-CR

Trial court case number:  1524468

Trial court:           263rd District Court of Harris County

       Appellant's motion for extension of time to file its brief is GRANTED. Appellant's brief is now due November 13, 2019. No further extensions will be granted.

       It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____

                              Acting individually

Date: _November 19, 2019_____